UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN EDWARD JOHNSON,

    Plaintiff,
v.                                        Case No.: 8:20-cv-590-T-33TGW

HOME DEPOT U.S.A., INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, HOME DEPOT U.S.A., INC., pursuant to the Federal Rules of Civil Procedure and local rules governing practice, hereby gives notice to the District Court that the parties have reached an amicable settlement in the instant matter.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this date, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system and an electronic copy was furnished to attorney **Gregory P. Linehan, Esq.**, WITTMER LINEHAN, PLLC, 2014 Fourth Street, Sarasota, FL 34237, **glinehan@sarasotalitigator.com, coconnor@sarasotalitigator.com;** *Counsel for Plaintiff,* on this **19th** day of **October, 2020,** via CM/ECF system.

LUKS, SANTANIELLO, PETRILLO & COHEN
100 N. Tampa Street, Suite 2120
Tampa, FL 33602
Tel: 813/226-0081; Fax: 813/226-0082
Counsel for Defendant
Primary: lukstpa-pleadings@ls-law.com
Secondary: ajp@insurancedefense.net

/s/ Anthony J. Petrillo
**ANTHONY J. PETRILLO, ESQ.**
Board Certified Civil Trial Lawyer
Florida Bar No. 874469